Mirna J. Scheffy (SBN 263919)
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
345 California Street, Suite 2850
San Francisco, California 94104-2606
T 415.766.3200 | F 415.766.3250
mscheffy@hptylaw.com

Matthew A. Boyd (Georgia Bar No. 027645)
(*admitted pro hac vice*)
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
Telephone:   (404) 614-7400
Facsimile:    (404) 614-7500
mboyd@hptylaw.com

*Attorneys for Defendant*
*Custom Built Personal Training Inc.*

ADAM BLAIR CORREN (SBN 183067)
**LAW OFFICES OF CORREN & CORREN**
5345 North El Dorado, Suite 7
Stockton, CA 95207
Telephone:   (209) 478-2621
Facsimile:    (209) 478-3038
correnlaw@sbcglobal.net

*Attorneys for Plaintiff*
*Brandon Silva*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| BRANDON SILVA, on behalf of himself and all others similarly situated, | Case No. 2:13-CV-00124-JAM-AC |
| Plaintiff, | |
| v. | **ORDER** |
| CUSTOM BUILT PERSONAL TRAINING, and DOES 1-50, inclusive, | Action Filed:   January 22, 2013 |
| Defendants. | |

The parties having informed the Court that they have settled this matter and filed a Joint Stipulation of Dismissal, it is hereby **ORDERED** and **ADJUDGED** that the settlement of Plaintiffs' claims against Defendant is approved by the Court and that the above-captioned case is dismissed with prejudice as to the named Plaintiff and the four (4) individuals who filed consents to joint this action, and without prejudice as to any unnamed, putative class and/or collective action member.

**IT IS SO ORDERED**, this 3rd day of September, 2014.

/s/ John A. Mendez
The Honorable John A. Mendez
UNITED STATES DISTRICT JUDGE